VIOLE COLONEY, Appellant, v. CHARLES K. BELDEN and MYRON H. COLONEY, Sole Surviving Executors and Trustees, etc., of ELIZABETH V. BERNHARD, Deceased, and Others, Defendants. GEORGE STAVRAKOS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARGARET A. DECKER, as Administratrix, etc., of SEELEY DECKER, Deceased, Respondent, v. THE LEHIGH AND HUDSON RIVER RAILWAY COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

ELIZABETH DITTENHOEFFER, Respondent, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay of trial denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of HARTLEY WILLIAMS BARTLETT for Admission to the Bar. (From the State of Massachusetts.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of ELWOOD G. HUBERT for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of LOUIS WEINBERGER for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. CHRISTIAN J. MCWILLIAMS, Respondent.— Matter referred to an official referee for examination and report to this court on the facts. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of SILAS HARRIS POMEROY, an Alleged Incompetent Person, Appellant. GEORGIA S. POMEROY, Petitioner, Respondent.— Motion for stay of hearing until the return of the alleged incompetent from Florida, granted on condition that he pay or cause to be paid to petitioner the sum of $1,000 a month, and upon further condition that the appellant refrain from making any transfer of property until the report of the said commission of inquiry and the order of the court thereon. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MORTON ROSENBERG and Others, as Executors of and Trustees under the Will of CHARLES ROSENBERG, Deceased.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of BRIDGET MARGARET SOPER and EDWARD SOPER for Payment of Award to BRIDGET MARGARET SOPER in the Matter, of Acquiring Title to Certain Lands on the Westerly Side of Hillsdale Avenue in the Borough of Queens, City of New York.— Motion for payment of award granted. Order signed. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.